# IN THE SUPREME COURT OF THE STATE OF NEVADA

OSCAR RAMOS, JR.,
            Appellant,

            vs.

THE STATE OF NEVADA,
            Respondent.

No. 71482

**FILED**

SEP 2 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY. S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including appellant cannot hereafter seek to reinstate this appeal, and any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a postconviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

17-32348

cc: Hon. Kathleen E. Delaney, District Judge
James J. Ruggeroli
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk